

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 DEC -9 AM 10: 54

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:09-CR-160-A |
| | § | [Supersedes Indictment Returned on |
| JUAN RAMIREZ (02) | § | 11/17/2009 as to defendant |
| | § | JUAN RAMIREZ only] |

### SUPERSEDING INFORMATION

The United States Attorney Charges:

Count One
False Statement During Purchase of a Firearm
(18 U.S.C. § 924(a)(1)(A))

On or about August 29, 2008, in the Fort Worth Division of the Northern District of Texas, the defendant, **Juan Ramirez,** knowingly made a false statement and representation to M. L., doing business as Ammo Depot, a person licensed to sell firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of M.L., in that the defendant did state in a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that he lived at 4229 Alamo Street, Fort Worth, Texas, whereas in truth and in fact, he was then living at 4212 Lisbon Street, Fort Worth, Texas.

In violation of 18 U.S.C. § 924(a)(1)(A).

**Superseding Information - JUAN RAMIREZ** Page 1

<u>Count Two</u>
False Statement During Purchase of a Firearm
(18 U.S.C. § 924(a)(1)(A))

On or about September 20, 2008, in the Fort Worth Division of the Northern District of Texas, the defendant, **Juan Ramirez,** knowingly made a false statement and representation to D. N., doing business as Military Gun Supply, a person licensed to sell firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of D. N., in that the defendant did state in a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that he lived at 4229 Alamo Street, Fort Worth, Texas, whereas in truth and in fact, he was then living at 4212 Lisbon Street, Fort Worth, Texas.

In violation of 18 U.S.C. § 924(a)(1)(A).

## Forfeiture Allegation

[19 U.S.C § 1595a(d) and 28 U.S.C. § 2461(c);
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);
21 U.S.C. § 853(a)]

Upon conviction for any of the offenses alleged in Counts One and Two of this Superseding Information and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Juan Ramirez**, shall forfeit to the United States of America all firearms and ammunition involved or used in the respective offense.

JAMES T. JACKS
UNITED STATES ATTORNEY

JOSHUA T. BURGESS
Assistant United States Attorney
State Bar of Texas No. 24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
817.252.5200
817.978.3094 (Facsimile)

ORIGINAL

*Criminal Case Cover Sheet*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS



RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2009 DEC -9  AM 10: 54

CLERK OF COURT

**Related Case Information**

Superseding Information: ☒ Yes ☐ No
New Defendant: ☐ Yes ☒ No
Pending CR Case in NDTX: ☒ Yes ☐ No  4:09-CR-160-A
Search Warrant Case Number: _____ Rule 20 from District of: _____
Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile:  ☐ Yes  ☒ No

   Sealed:  ☐ Yes  ☒ No

   Defendant Name
   **JUAN RAMIREZ (02)**

   Alias Name:
   Address

2. **U.S. Attorney Information**
   AUSA   Joshua T. Burgess                    Bar # 24001809

3. **Interpreter**
   ☒ Yes  ☐ No
   If Yes, list language and/or dialect:   Spanish

4. **Location Status**

   Arrest Date: 10/21/09

   ☐ Federal Inmate
   ☐ Already in State Custody
   ☒ On Pretrial Release
   ☐ Warrant to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  2    ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 924(a)(1)(A) | False Statement During Purchase of a Firearm | 1 |
   | 18 U.S.C. § 924(a)(1)(A) | False Statement During Purchase of a Firearm | 2 |

   Date  12-9-07              Signature of AUSA:  _____