# United States District Court
### Northern District of Texas
### Fort Worth Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
APR 5 2010
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Case Number: 4:09-CR-160-A(02) |
| JUAN RAMIREZ | § | |

## JUDGMENT IN A CRIMINAL CASE

The government was represented by Assistant United States Attorney Joshua T. Burgess. The defendant, JUAN RAMIREZ, was represented by was represented by Federal Public Defender through Assistant Federal Public Defender Matthew Belcher.

The defendant pleaded guilty on December 11, 2009 to counts 1 and 2 of the superseding information filed on December 9, 2009. Accordingly, the court ORDERS that the defendant be, and is hereby, adjudged guilty of such count involving the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 U.S.C. § 924(a)(1)(A) | FALSE STATEMENT DURING PURCHASE OF A FIREARM | September 20, 2008 | 1 |
| 18 U.S.C. § 924(a)(1)(A) | FALSE STATEMENT DURING PURCHASE OF A FIREARM | September 20, 2008 | 2 |

On motion of the United States, the court ORDERS as to this defendant that the original indictment and the superseding indictment be, and are hereby, dismissed.

As pronounced and imposed on April 2, 2010, the defendant is sentenced as provided in this judgment.

The court ORDERS that the defendant immediately pay to the United States, through the Clerk of this Court, a special assessment of $200.00.

The court further ORDERS that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence address, or mailing address, as set forth below, until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court, through the clerk of this court, and the Attorney General, through the United States Attorney for this district, of any material change in the defendant's economic circumstances.

## IMPRISONMENT

  The court further ORDERS that the defendant be, and is hereby, committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 months on count 1 of the superseding information and 60 months on count 2 of the superseding information, to run consecutively to each other for a total aggregate sentence of 120 months.

  The court further ORDERS defendant taken into custody by the United States Marshal.

## SUPERVISED RELEASE

  The court further ORDERS that, upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years each as to counts 1 and 2 of the superseding information. All terms of supervised release shall run concurrently and that while on supervised release, the defendant shall comply with the following conditions:

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not possess illegal controlled substances.

3. The defendant shall cooperate in the collection of DNA as directed by the U.S. Probation Officer, as authorized by the Justice for All Act of 2004.

4. The defendant shall participate in workforce development programs and services involving activities relating to occupational and career development, including but not limited to assessments and testing, educational instruction, training classes, career guidance, counseling, case management, and job search and retention services, as directed by the probation officer until successfully discharged from the program.

5. The defendant shall also comply with the Standard Conditions of Supervision as hereinafter set forth.

### Standard Conditions of Supervision

1. The defendant shall report in person to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

3. The defendant shall provide to the U.S. Probation Officer any requested financial information.

4. The defendant shall not leave the judicial district without the permission of the Court or U.S. Probation Officer.

5. The defendant shall report to the U.S. Probation Officer as directed by the court or U.S. Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month.

6. The defendant shall answer truthfully all inquiries by the U.S. Probation Officer and follow the instructions of the U.S. Probation Officer.

7. The defendant shall support his or her dependents and meet other family responsibilities.

8. The defendant shall work regularly at a lawful occupation unless excused by the U.S. Probation Officer for schooling, training, or other acceptable reasons.

9. The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment.

10. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

11. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the U.S. Probation Officer.

13. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the U.S. Probation Officer.

14. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

15. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

The court hereby directs the probation officer to provide defendant with a written statement that sets forth all the conditions to which the term of supervised release is subject, as contemplated and required by 18 U.S.C. § 3583(f).

## FINE

The court did not order a fine because the defendant does not have the financial resource or future earning capacity to pay a fine.

## FORFEITURE

Pursuant to 19 U.S.C. § 1595a(d) and 28 U.S.C. § 2461(c), the defendant forfeits his interest in the following property:

(1) 2008 Dodge Ram, VIN 3D6WC66A08G148431 and bearing Oklahoma license plate 180BXC;
(2) 2003 Ford F550, VIN 1FDAF56P53EC75452 and bearing Oklahoma license plate 073BAZ;
(3) 2007 Chevrolet box truck, VIN 1GBHG31U871160895;
(4) 2007 Chevrolet box truck, VIN 1GBHG31V071181295;
(5) Six Colt, Law Enforcement Carbine 5.56mm rifles, model LE6920, serial numbers LE074662, LE073524, LE074412, LE073210, LE068877, and LE073371;
(6) One Colt, Model 02091, "El Jefe," .38 caliber, SN 38SS04015;
(7) One hundred rounds of Lake City .50 caliber ammunition; and
(8) Eight PTR-91, Model KMF4, .308 carbines, seized from the home of Gustavo Pulido on or about July 14, 2009.

## STATEMENT OF REASONS

The "Statement of Reasons" and personal information about the defendant are set forth on the attachment to this judgment.

Signed this the   5   day of April, 2010.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE

RETURN

I have executed the imprisonment part of this Judgment as follows:

_____
_____
_____

Defendant delivered on_____, 200__ to_____
at_____, with a certified copy of this Judgment.

                      Randy Ely
                      United States Marshal for the
                      Northern District of Texas


                      By _____
                          Deputy United States Marshal